1  Jong P. Hong (SBN 225785)
   jong.hong@dechert.com
2  Daniel B. Epstein (SBN 240793)
   daniel.epstein@dechert.com
3  Dechert LLP
   2440 W. El Camino Real
4  Suite 700
   Mountain View, California  94040-1499
5  Telephone:    +1  650  813  4800
   Facsimile:    +1  650  813  4848
6
   Attorneys for Applicant
7  HIGH POINT S.A.R.L.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12 | In re Application of HIGH POINT, S.A.R.L.     | Case No.
   | Pursuant to 28 U.S.C. § 1782,
13 |                                               | **ORDER RE APPLICATION OF HIGH
   |                                               | POINT, S.A.R.L. PURSUANT TO 28 U.S.C.
14 |                    Applicant                  | § 1782**
15

16

17      Upon consideration of the Application of High Point, S.A.R.L. ("High Point") Pursuant to

18 28 U.S.C. § 1782, the Memorandum of Law, and the supporting declarations, and it appearing

19 that the requirements of 28 U.S.C. § 1782 have been satisfied, it is hereby

20      ORDERED that High Point's Application is granted and that High Point is authorized

21 pursuant to 28 U.S.C. § 1782 to serve subpoenas substantially similar to those attached hereto as

22 Exhibits 1 and 2 on Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc.,

23 respectively.

24      IT IS FURTHER ORDERED

25      (1) that Daniel B. Epstein, or another attorney from Dechert LLP, counsel to High Point,

26         is appointed to issue and sign the subpoenas and cause them to be served upon

27         Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc., pursuant to Fed. R.

28         Civ. P. 45;

(2) that Huawei Technologies Co., Ltd., and Futurewei Technologies, Inc., shall each produce responsive documents within fourteen days following the service of the subpoenas;

(3) that within ten days following production of documents, Huawei Technologies Co., Ltd., and Futurewei Technologies, Inc., shall each provide one or more witnesses under Rule 30(b)(6) of the Federal Rules of Civil Procedure to testify with respect to the topics in the subpoenas; and

(4) that discovery shall not be withheld on the basis of confidentiality; absent a stipulation of the parties or a further protective order from this Court, the Protective Order authorized by the Northern District of California shall govern discovery.  *See* Patent L.R. 2-2.

Dated:    3/3/10

_____
UNITED STATES DISTRICT COURT JUDGE