UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF HIGH POINT S.A.R.L.,<br><br>Applicant. | No. C10-0273 SBA (BZ)<br><br>**BRIEFING ORDER** |

FutureWei and HuaWei are **ORDERED** to reply to Highpoint's opposition by **5:00 p.m.** on **Tuesday, April 6, 2010**. If the Court concludes that a hearing is necessary, it will be held on **Friday, April 9, 2010 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 5, 2010

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\IN RE HIGH POINT S.A.R.L\BRIEFING ORDER.wpd

1