1  Daniel B. Epstein (SBN 240793)
   daniel.epstein@dechert.com
2  Dechert LLP
   2440 W. El Camino Real, Suite 700
3  Mountain View, California 94040-1499
   Telephone:    +1 650 813 4800
4  Facsimile:    +1 650 813 4848

5  Attorneys for Applicant
   HIGH POINT S.A.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re Application of HIGH POINT, S.A.R.L. Pursuant to 28 U.S.C. § 1782, | Case No. 10-CV-00273 JL |
|---|---|
| Applicant | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Applicant High Point, S.A.R.L. and Specially-Appearing Movant Huawei Technologies Co., Ltd., subject to and without waiving any and all of its challenges to jurisdiction of the Court, and Specially-Appearing Movant FutureWei Technologies, Inc. hereby stipulate to the dismissal of this action, with each party to bear its own attorneys' fees, expenses, and costs.

Dated:    July 6, 2010                    DECHERT LLP


                                          By: /s/Daniel B. Epstein
                                              Daniel B. Epstein

                                          Attorneys for Applicant
                                          HIGH POINT S.A.R.L.

| | | |
|---|---|---|
| Dated: | July 6, 2010 | SLATER & MATSIL, LLP |

By: /s/Steven H. Slater
Steven H. Slater

Attorneys for Specially-Appearing Movants
Huawei Technologies Co., Ltd. and
FutureWei Technologies, Inc.

### FILER'S ATTESTATION

I, Daniel B. Epstein, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatory.

Dated: July 6, 2010    DECHERT LLP

By: /s/Daniel B. Epstein
Daniel B. Epstein

Attorneys for Applicant
HIGH POINT S.A.R.L.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 12, 2010

Honorable James Larson
United States Magistrate Judge